IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY PENSION, HEALTH BENEFIT, EDUCATIONAL, ELEVATOR INDUSTRY WORK PRESERVATION FUNDS, ELEVATOR CONSTRUCTORS ANNUITY AND 401(K) RETIREMENT PLAN, | : : : : : : : | CIVIL ACTION |
| | : | No. 15-549 |
| Plaintiffs, | : : | |
| v. | : : | |
| HYFORM SPLICING, LLC and TIMOTHY HY, | : : | |
| Defendants. | : | |

## ORDER

This 5th day of November, 2015, it is **ORDERED** that Plaintiffs' Motion for Entry of Default Judgment is **GRANTED** and Judgment is entered in favor of Plaintiffs and against Defendants, jointly and severally, for the following obligations and amounts:

$75,487.51 in unpaid contributions;

$2,438.25 in interest;

$15,097.50 in liquidated damages;

$1,730.00 in attorney's fees and costs; and

$2,185.00 in audit fees.

It is further **ORDERED** that Defendants shall comply with their obligations according to the Collective Bargaining Agreement and Trust Agreements.

    /s/ Gerald Austin McHugh
United States District Court Judge